**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**Second Amended plan**

DEBTOR: Claro Iser _____ JOINT DEBTOR: _____ CASE NO.: 15-16268-AJC
Last Four Digits of SS# 3629 _____ Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  36  months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

      A.     $ 97.96 _____ for months  1 to  36 _____ ; in order to pay the following creditors:

Administrative:          Attorney's Fee - $ 3650 _____ TOTAL PAID $ 1000  Balance Due $2650
                       payable $ 73.61 /month  (Months  1 to  36)

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  None _____    Arrearage on Petition Date  $
Address:_____          Arrears Payment       $_____/month  (Months _____ to _____)
            _____         Regular Payment      $_____/month  (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service _____     Total Due  $ 392.74
                              Payable     $ 10.91 /month  (Months 1 to  36)

Unsecured Creditors:  Pay $ 3.64 /month  (Months 1 to  36).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor surrenders and abandons the secured property located at 10417 NE 2nd Avenue, Miami Shores, FL 33138 Secured by creditor Citimortgage Inc.  The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq. _____          _____
Attorney for Debtor                                Joint Debtor
Date: 6/30/2015                                  Date:_____

LF-31 (rev. 01/08/10)