# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 15-16268-AJC
Chapter: 13

In re: (Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)

Claro Miguel Iser

MOTION FOR ~~For Allowing the Closing and Sale of Home December 28, 2015~~ Emergency Motion AJC

Defendant(s) Claro Miguel Iser

On October 28, 2015 I was cited to court for a hearing on my home at 10417 NE 2nd Ave Miami Fla. 33138. At this time I explained to the Judge Schlesinger that my house was listed with a realtor due to the fact I did not qualify for a modification. Listing was approved at this time. However, gave me another sale date of Jan 2016 in case home did not sell. However, we sold home and have a scheduled closing for December 28, 2015. My bankruptcy attorney has stated I could not close on home unless bankruptcy judge allows it. I'm afraid I loose my buyer. The closing is scheduled for less then 10 days.

I HEREBY CERTIFY that the original of this Motion is being hams delivered to Banking Court true and correct copy of this 21 day of December, 2015.

Claro Miguel Iser  (786) 282-5777
10417 NE 2nd Ave
Miami Fla. 33138