

**ORDERED in the Southern District of Florida on December 29, 2015.**

_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: Claro Miguel Iser                                         Case No. 15-16268-AJC
                                                                 Chapter 13
          Debtor.
_____/

<u>**ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO ALLOW THE CLOSING AND SALE OF HOME**</u>

**THIS MATTER** having come to be heard on this 29th day of December 2015, upon Debtor's Emergency Motion To Allow The Closing and Sale of Home [ECF#28], based on the record, the Trustee stating no objections to the Motion on the record, and the Court having reviewed the file, IT IS;

**ORDERED AND ADJUDGED:**

1.  The Motion is GRANTED.

2.  The Court authorizes the short sale of the Debtor's homestead located at 10417 NE 2 Ave, Miami Shores, FL 33138 so long as the bank gives final approval of the short sale.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.